FORM 1 VOLUNTARY PETITION

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | VOLUNTARY PETITION |
|---|---|
| IN RE (Name of debtor-If individual, enter Last, F.,M.)<br>**Ionica plc** | NAME OF JOINT DEBTOR (Spouse)(Last, First, M.) |
| ALL OTHER NAMES used by the debtor in the last six years<br>(Include married, maiden and trade name)<br>**Sectorsshape Ltd., Ionica L3 Ltd.** | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden and trade name) |
| SOC. SEC/TAX I.D. NO. (If more than one, state all) | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>Cowley Bridge Road<br>Cambridge<br>CB4 4AS<br>England | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| :COUNTY OF RESIDENCE OR<br>:PRINCIPAL PLACE OF BUSINESS<br>Cambridge, England | :COUNTY OF RESIDENCE OR<br>:PRINCIPAL PLACE OF BUINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>If different from address listed above):<br>New York, New York and Cambridge, England | _X_ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>___ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district |

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| **TYPE OF DEBTOR** (Check all boxes that apply)<br><br>___ Individual     : ___ Railroad<br>_X_ Corporation   : ___ Stockbroker<br>___ Partnership : ___ Commodity Broker<br>___ Other | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)<br><br>___ Chapter 7 _x_ Chapter 11 ___ Chapter 13<br>___ Chapter 9 ___ Chapter 12  ___ § 304-Case Ancillary to Foreign |
|---|---|
| **NATURE OF DEBT**  (Check one box)<br>___ Consumer/Non-Business _X_ Business | |
| **CHAPTER 11 SMALL BUSINESS**  (Check all boxes that apply)<br>___ Debtor is a small business as defined in 11 U.S.C.§ 1121(e)<br>___ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)<br>     (Optional) | FILING FEE (Check one box)<br>_X_ Filing fee attached.<br>___ Filing fee to be paid in stallments. (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay for except in install-ments. Rule (1006(b). See Official Form No. 3<br>NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>Cadwalader, Wickersham & Taft<br>100 Maiden Lane<br>New York, NY 10038<br>Telephone No. (212) 504-6000<br>NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR<br>David C.L. Frauman<br>___ Debtor is not represented by an attorney |
| STATISTICAL ADMINISTRATIVE INFORMATION<br>(Estimates only)<br>_X_ Debtor estimates that funds will be available for distribution to unsecured creditors<br>___ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | THIS SPACE FOR COURT USE ONLY |
| ESTIMATED NUMBER OF CREDITORS<br>__ I-15 __ 16-49 __50-99 __ 100-199 _X_ 200-999 ___ 1000-over | |
| ESTIMATED ASSETS (in thousands of dollars)<br>__ Under 50 __ 50-99 __100-499 __ 500-999 __ 1000-9999 __10,000-99,000<br>_X_ over 100,000 | |
| ESTIMATED DEBTS (in thousand of dollars)<br>__ Under 50 __ 50-99 __100-499 __ 500-999 __ 1000-9999 __10,000-99,000<br>X_ over 100,000 | |

(Court use only)

| NAME OF DEBTOR | Ionica plc | Case. No. _____. |
|---|---|---|
| | | (Court use only) |

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box
___ A copy of debtor's proposed plan dated _____ is attached        ___ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST Y YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date |
|---|---|---|

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code specified in this petition

## SIGNATURES

### ATTORNEY

X _/s/ David C.L. Frauman_____        December 11, 1998
Signature                                                  Date

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X_____ <br> Signature of Debtor | X _/s/ Gareth Howard Hughes_____ <br> Signature of Authorized Individual |
| _____ <br> Date | ___Gareth Howard Hughes_____ <br> Print or type Name of Authorized Individual |
| X_____ <br> Signature of Joint Debtor | _____Joint Administrator_____ <br> Title of Individual Authorized by Debtor to File this Petition |
| _____ <br> Date | _December 11, 1998__ <br> Date |

## EXHIBIT "A" (to be completed if debtor is a corporation requesting relief under Chapter 11)

X Exhibit "A: is attached and made a part of this position.

## TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBITS (See P.L. 98353 § 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 oftitle 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, Exhibit "B" has been completed.

X_____        _____
Signature of Debtor                                              Date

X_____        _____
Signature of Joint Debtor                                       Date

## EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X_____        _____
Signature of Attorney                                           Date