"EXHIBIT A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                  :         Chapter 11

IONICA PLC,                            :         Case No. 98 B _____ (___)

        Debtor.                  :
----------------------------------------------------------x

## SECURITIES AND EXCHANGE COMMISSION
## INFORMATION SHEET

1. The Debtor does not have an employer identification number.

2. The Debtor's common stock is not registered under Section 12 of the Securities and Exchange Act of 1934.

3. The following financial data is the latest unaudited available information prepared by the Debtor and refers to the financial condition of the Debtor as of October 29, 1998, when a petition was filed in England for the administration of the Debtor:

    a. Total assets:       £302,127,000 ($498,509,550)
    b. Total Liabilities:  £368,487,000 ($608,003,550)

|  | Estimated Amount | Approximate Number of Holders |
|---|---|---|
| Fixed, liquidated secured debt | $80,355,000 | 2 |
| Contingent secured debt |  |  |
| Disputed secured debt | $22,605,000 | 1 |
| Unliquidated secured debt |  |  |
| Fixed, liquidated unsecured debt | $499,950,000 | approximately 750 |
| Contingent unsecured debt | 25,000,000 | 2-5 |
| Disputed unsecured debt | 123,750,000 | 2 |
| Unliquidated unsecured debt |  |  |
| Number of shares of preferred stock outstanding |  |  |
| Number of shares of common stock outstanding | 1 | 1 |

The information contained in this table is an estimate only, based on information available to the Joint Administrator as of the date of filing.  We reserve the right to amend the table of claims if further information is forthcoming.  Nothing contained herein shall constitute an admission or waiver with respect to any issue in the Debtor's chapter 11 case.  The number shown for "Total assets" is the book value as reflected in the financial statements of the Debtor, namely the Estimated Statement of Affairs of the Debtor as at October 29, 1998 prepared for the purposes of a petition to the High Court of England and Wales for the administration of the Debtor.  This includes intercompany receivables and payables.  The Debtor reserves the right to contest any issue raised in the chapter 11 case including, but not limited to, the amount, validity or priority of any claim or any lien that purports to encumber any asset of the Debtor.

4. Ionica is a provider of fixed telephony services for residential and small business customers, using a fixed radio access ("FRA") network.  As at October 29, 1998 it had more than 60,000 customers, the majority of whom are residential customers who rely on Ionica for their telephone services, including their emergency telephone services.

5. The following person directly or indirectly owns, controls and holds, with the power to vote, 20% or more of the voting securities of the Debtor: Ionica Group plc.

6. The Debtor directly or indirectly owns, controls and holds, with the power to vote, 20% or more of the voting securities of the following entity:  Ionica International Limited.